UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEVON A SHERIFF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-00036-RLY-KMB ) |
| JOHN DOE,<br>JANE DOE, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The court now enters FINAL JUDGMENT.

The action is **dismissed with prejudice.**

Date: 7/22/2025

Kristine L. Seufert, Clerk of Court

By: _____
Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DEVON A SHERIFF
462866
Racine Correctional Institution
2019 Wisconsin St
PO Box 900
Sturtevant, WI 53177-0900